**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:26-cv-22470-GAYLES**

**IRSEL RODRIGUEZ GONZALEZ**,

      Petitioner,

v.

**FLORIDA SOFT SIDE SOUTH,**

      Respondent.

_____/

**ORDER TRANSFERRING CASE TO MIDDLE DISTRICT OF FLORIDA**

**THIS CAUSE** is before the Court on Petitioner Irsel Rodriguez Gonzalez's *pro se* Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 [ECF No. 1]. Petitioner is detained by U.S. Immigration and Customs Enforcement (ICE) at Florida Soft-Side Facility South (more commonly known as "Alligator Alcatraz"), located in Collier County, Florida. *See id.* at 1. Collier County is within the Middle District of Florida. *See* 28 U.S.C. § 89(b) (providing that the Middle District of Florida comprises Collier County).

Under § 2241, "[d]istrict courts are limited to granting habeas relief 'within their respective jurisdictions.'" *Rumsfeld v. Padilla*, 542 U.S. 426, 442 (2004) (quoting 28 U.S.C. § 2241(a)); *see also Trump v. J. G. G.*, 604 U.S. 670, 672 (2025); *Garcia v. Warden*, 470 F. App'x 735, 736 (11th Cir. 2012) (noting that "jurisdiction for § 2241 petitions lies only in the district of confinement"). If a petitioner files his case in the wrong district, the Court can *sua sponte* transfer the case "to any district or division in which it could have been brought." 28 U.S.C. § 1406(a); *see also Lipofsky v. N.Y. State Workers Comp. Bd.*, 861 F.2d 1257, 1258 (11th Cir. 1988) ("[A] district court may raise on its own motion an issue of defective venue or lack of personal jurisdiction[.]").

Because Petitioner is confined at Florida Soft-Side Facility South in Collier County, jurisdiction lies only in the Middle District of Florida. Accordingly, it is **ORDERED AND ADJUDGED** that this case is **TRANSFERRED** to the Middle District of Florida, Fort Myers Division. *See* M.D. Fla. L.R. 1.04(a) (providing that the Fort Myers Division comprises Collier County). The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 9th day of April, 2026.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

cc:

**Irsel Rodriguez Gonzalez**
A# 244493083
Florida Soft Side South
Inmate Mail/Parcels
54575 Tamiami Trail E NA
Ochopee, FL 34141
*PRO SE*

Noticing 2241/Bivens US Attorney
Email: usafls-2255@usdoj.gov

Noticing INS Attorney
Email: usafls-immigration@usdoj.gov